SCHIFF HARDIN LLP
WILLIAM J. CARROLL, CSB #118106
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700 / Fax: (415) 901-8701
wcarroll@schiffhardin.com

Attorneys for Defendants
SHELL VACATIONS LLC, SHELL HOLDINGS, INC., SVC-NORTHEAST, L.P., SVC-WEST, L.P., and SVC-HAWAII, L.P.

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK, CSB #177882
HELEN I. ZELDES, CSB #220051
ALREEN HAEGGQUIST, CSB #221858
AARON M. OLSEN, CSB #259923
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000 / Fax: (619) 342-7272
ambere@zhlaw.com

Attorneys for Plaintiffs
JIANMING SONG, MELISSA HETZEL, JEANNETTE RAMOS, ALMA PALACIOS, BENNY PALLAN, DANISH MENDIOLA, and JADE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANMING SONG, MELISSA HETZEL, JEANNETTE RAMOS, ALMA PALACIOS, BENNY PALLAN, DANISH MENDIOLA, and JADE SMITH, on Behalf of Themselves and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>SHELL VACATIONS LLC (d/b/a SHELL VACATIONS CLUB, L.P.), a Delaware Limited Liability Company, SHELL HOLDINGS, INC., a Delaware corporation, SVC-WEST, L.P., a Limited Partnership, SVC-NORTHEAST, L.P., a Limited Partnership, SVC-HAWAII, L.P., and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. C 10-03555 SBA<br><br>**STIPULATON AS TO THE JOINDER OF DEFENDANTS SVC-WEST, L.P. AND SVC-HAWAII, L.P. IN THE PARTIES' PREVIOUSLY-FILED STIPULATION AND PROPOSED ORDER RE: STAY OF PROCEEDINGS** |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -   Case No. c 10-03555 JL
STIPULATON AS TO THE JOINDER OF DEFENDANTS SVC-WEST, L.P. AND SVC-HAWAII, L.P.
IN THE PARTIES' PREVIOUSLY-FILED STIPULATION AND PROPOSED ORDER RE: STAY OF PROCEEDINGS

1. Pursuant to Civil Local Rules 7-1(a)(5) and 7-12, Plaintiffs Jianming Song, Melissa Hetzel, Jeanette Ramos, Alma Palacios, Benny Pallan, Danish Mendiola, and Jade Smith (collectively, "Plaintiffs"), and Defendants Shell Vacations LLC, Shell Holdings, Inc., SVC-Northeast, L.P. (now known as SVC-East, L.P.), SVC-West, L.P., and SVC-Hawaii, L.P. (collectively, "Defendants"), jointly by their respective attorneys, hereby submit this Stipulation as to the Joinder of Defendants SVC-West, L.P. and SVC-Hawaii, L.P. in the Parties' Previously-Filed Stipulation and Proposed Order Re: Stay of Proceedings, which was filed on August 18, 2010.

2. Defendants SVC-West, L.P. and SVC-Hawaii, L.P. had not been served in this case prior to September 2, 2010.

3. As a result, SVC-West, L.P. and SVC-Hawaii, L.P. were not parties to this case at the time the parties filed their August 18, 2010 Stipulation and Proposed Order Re: Stay of Proceedings (the "August 18 Stipulation").

4. On September 2, 2010, the attorneys for Defendants executed Waivers of the Service of Summons for SVC-West, L.P. and SVC-Hawaii, L.P.

5. The parties agree and stipulate that SVC-West, L.P. and SVC-Hawaii, L.P. should be subject to the August 18 Stipulation.

WHEREFORE, the parties hereby stipulate to the joinder of Defendants SVC-West, L.P. and SVC-Hawaii, L.P. in the parties' August 18 Stipulation.

Dated: September 3, 2010

| ZELDES & HAEGGQUIST, LLP | SCHIFF HARDIN LLP |
|---|---|
| By: /s/ Amber L. Eck<br>    Amber L. Eck<br>Attorneys for Plaintiffs<br>JIANMING SONG, MELISSA HETZEL, JEANNETTE RAMOS, ALMA PALACIOS, BENNY PALLAN, DANISH MENDIOLA, and JADE SMITH | By: /s/ William J. Carroll<br>    William J. Carroll<br>Attorneys for Defendants<br>SHELL VACATIONS LLC, SHELL HOLDINGS, INC., SVC-NORTHEAST, L.P., SVC-WEST, L.P., and SVC-HAWAII, L.P. |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -    Case No. c 10-03555 JL
STIPULATON AS TO THE JOINDER OF DEFENDANTS SVC-WEST, L.P. AND SVC-HAWAII, L.P.
IN THE PARTIES' PREVIOUSLY-FILED STIPULATION AND PROPOSED ORDER RE: STAY OF PROCEEDINGS

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained the concurrence of Amber L. Eck in the filing of this document.

   */s/ William J. Carroll*
William J. Carroll

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  9/9/10

*Sandra B. Armstrong*
United States District Judge

CH2\9055928.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -                                                                                                                Case No. c 10-03555 JL
STIPULATON AS TO THE JOINDER OF DEFENDANTS SVC-WEST, L.P. AND SVC-HAWAII, L.P.
IN THE PARTIES' PREVIOUSLY-FILED STIPULATION AND PROPOSED ORDER RE: STAY OF PROCEEDINGS