SCHIFF HARDIN LLP
WILLIAM J. CARROLL, CSB #118106
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700 / Fax: (415) 901-8701
wcarroll@schiffhardin.com

Attorneys for Defendants
SHELL VACATIONS LLC, SHELL HOLDINGS, INC., and SVC-NORTHEAST, L.P.

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK, CSB #177882
HELEN I. ZELDES, CSB #220051
ALREEN HAEGGQUIST, CSB #221858
AARON M. OLSEN, CSB #259923
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000 / Fax: (619) 342-7272
ambere@zhlaw.com

Attorneys for Plaintiffs
JIANMING SONG, MELISSA HETZEL, JEANNETTE RAMOS, ALMA PALACIOS, BENNY PALLAN, DANISH MENDIOLA, and JADE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANMING SONG, MELISSA HETZEL, JEANNETTE RAMOS, ALMA PALACIOS, BENNY PALLAN, DANISH MENDIOLA, and JADE SMITH, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHELL VACATIONS LLC (d/b/a SHELL VACATIONS CLUB, L.P.), a Delaware Limited Liability Company, SHELL HOLDINGS, INC., a Delaware corporation, SVC-WEST, L.P., a Limited Partnership, SVC-NORTHEAST, L.P., a Limited Partnership, SVC-HAWAII, L.P., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 10-03555 JL<br><br>**STIPULATION AND ORDER RE: STAY OF PROCEEDINGS** |

///

1.    Pursuant to Civil Local Rules 7-1(a)(5) and 7-12, Plaintiffs Jianming Song, Melissa Hetzel, Jeanette Ramos, Alma Palacios, Benny Pallan, Danish Mendiola, and Jade Smith (collectively, "Plaintiffs"), and Defendants Shell Vacations LLC, Shell Holdings, Inc., and SVC-Northeast, L.P. (now known as SVC-East, L.P.) (collectively, "Defendants"), jointly by their respective attorneys, hereby submit this Stipulation to Stay Proceedings. Pursuant to this stipulation, the parties' jointly request that the Court enter an order staying the schedule and all proceedings in this case for sixty (60) calendar days from the date of the order so that the parties may continue to engage in settlement discussions.

2.    The parties recognize that, prior to the filing of this Stipulation, Defendants filed a request that this case be reassigned to a District Judge. Accordingly, although this case was initially assigned to the Honorable James Larson, Magistrate Judge, pursuant to Local Rule 7-1(c), the parties present this Stipulation to the General Duty Judge or, if unavailable, to the Chief Judge or Acting Chief Judge.

3.    This case was removed to this Court by Defendants on August 12, 2010. The parties have been engaged, and wish to continue to engage, in settlement discussions. The parties believe and agree that a stay of proceedings will facilitate their settlement discussions, and will promote efficiency and preserve judicial resources.

5.    Accordingly, the parties stipulate to, and respectfully request an order effecting, a stay of the schedule and all proceedings in this case for sixty (60) calendar days from the date of the order. The parties further agree that either side may terminate the stipulated stay by providing written notice to the other side's attorneys, and that seven (7) calendar days after such written notice is provided, the parties shall file a Stipulation and Proposed Order requesting that the Court lift the stay.

6.    Neither party has previously requested a stay or any other change to the schedule in this case. The stay requested in this Stipulation will not affect any other deadlines set by the Court, and, pursuant to Local Rule 6-1(a), Plaintiffs have agreed to extend Defendants' deadline to answer or otherwise respond to the complaint to a date after the stay expires that will not affect any other deadlines in this case.

WHEREFORE, the parties jointly respectfully request that the Court enter the attached proposed order pursuant to their stipulation.

Dated: August 18, 2010

| ZELDES & HAEGGQUIST, LLP | SCHIFF HARDIN LLP |
|---|---|
| By: */s/ Amber L. Eck*<br>    Amber L. Eck<br>Attorneys for Plaintiffs<br>JIANMING SONG, MELISSA HETZEL,<br>JEANNETTE RAMOS, ALMA PALACIOS,<br>BENNY PALLAN, DANISH MENDIOLA,<br>and JADE SMITH | By: */s/ William J. Carroll*<br>    William J. Carroll<br>Attorneys for Defendants<br>SHELL VACATIONS LLC, SHELL HOLDINGS, INC., and<br>SVC-NORTHEAST, L.P. |

### GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained the concurrence of Amber L. Eck in the filing of this document.

   */s/ William J. Carroll*
   William J. Carroll

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/3/10

*Sandra B. Armstrong*
United States District Judge

CH2\9001784.1