1  SCHIFF HARDIN LLP
   WILLIAM J. CARROLL, CSB #118106
2  One Market, Spear Street Tower
   Thirty-Second Floor
3  San Francisco, CA 94105
   Telephone: (415) 901-8700 / Fax: (415) 901-8701
4  wcarroll@schiffhardin.com

5  Attorneys for Defendants
   SHELL VACATIONS LLC, SHELL HOLDINGS,
6  INC., SVC-NORTHEAST, L.P., SVC-WEST, L.P.,
   and SVC-HAWAII, L.P.

7

8  ZELDES & HAEGGQUIST, LLP
   AMBER L. ECK, CSB #177882
9  HELEN I. ZELDES, CSB #220051
   ALREEN HAEGGQUIST, CSB #221858
10 AARON M. OLSEN, CSB #259923
   625 Broadway, Suite 906
11 San Diego, CA 92101
   Telephone: (619) 342-8000 / Fax: (619) 342-7272
12 ambere@zhlaw.com

13 Attorneys for Plaintiffs
   JIANMING SONG, MELISSA HETZEL,
14 JEANNETTE RAMOS, ALMA PALACIOS,
   BENNY PALLAN, DANISH MENDIOLA, and
   JADE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANMING SONG, MELISSA HETZEL, JEANNETTE RAMOS, ALMA PALACIOS, BENNY PALLAN, DANISH MENDIOLA, and JADE SMITH, on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>SHELL VACATIONS LLC (d/b/a SHELL VACATIONS CLUB, L.P.), a Delaware Limited Liability Company, SHELL HOLDINGS, INC., a Delaware corporation, SVC-WEST, L.P., a Limited Partnership, SVC-NORTHEAST, L.P., a Limited Partnership, SVC-HAWAII, L.P., and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.  C 10-03555 SBA<br><br>**ORDER STAYING PROCEEDINGS PURSUANT TO THE PARTIES' STIPULATION** |

///

1    The parties having stipulated to, and jointly requested an order effecting, an extension of
2 the stay of the schedule and all proceedings in this case for thirty (30) additional calendar days so
3 that they may continue their efforts to settle the case, and having further agreed that either side
4 may terminate the stipulated extended stay by providing written notice to the other side's
5 attorneys, and that seven (7) calendar days after such written notice is provided, the terminating
6 side may file a motion with the Court requesting an order terminating the stay, it is HEREBY
7 ORDERED THAT:

8    The schedule and all proceedings in this case are stayed for thirty (30) days from the date
9 of this Order, unless and until the Court enters a subsequent order terminating the stay upon a
10 proper motion.  The November 18, 2010 case management conference is stricken.

11    PURSUANT TO STIPULATION, IT IS SO ORDERED.

13 Dated: 11/17/10                    *Saundra B. Armstrong*
                                      District Judge

CH2\9256765.1