1  ZELDES & HAEGGQUIST, LLP
   AMBER L. ECK, CSB #177882
2  HELEN I. ZELDES, CSB #220051
   ALREEN HAEGGQUIST, CSB #221858
3  AARON M. OLSEN, CSB #259923
   625 Broadway, Suite 906
4  San Diego, CA 92101
   Telephone:     (619) 342-8000
5  Facsimile:     (619) 342-7272
   ambere@zhlaw.com
6
   Attorneys for Plaintiffs
7  JIANMING SONG, MELISSA HETZEL,
   JEANNETTE RAMOS, ALMA PALACIOS,
8  BENNY PALLAN, DANISH MENDIOLA, and
   JADE SMITH
9

SCHIFF HARDIN LLP
WILLIAM J. CARROLL, CSB #118106
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:     (415) 901-8701
wcarroll@schiffhardin.com

Attorneys for Defendants
SHELL VACATIONS LLC, SHELL
HOLDINGS, INC., SVC-WEST, L.P.,
SVC-NORTHEAST, L.P., and SVC-
HAWAII, L.P.

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  JIANMING SONG, MELISSA HETZEL,
    JEANNETTE RAMOS, ALMA
15  PALACIOS, BENNY PALLAN, DANISH
    MENDIOLA, and JADE SMITH, on Behalf
16  of Themselves and All Others Similarly
    Situated,
17
                Plaintiffs,
18
         v.
19
    SHELL VACATIONS LLC (d/b/a SHELL
20  VACATIONS CLUB, L.P.), a Delaware
    Limited Liability Company, SHELL
21  HOLDINGS, INC., a Delaware corporation,
    SVC-WEST, L.P., a Limited Partnership,
22  SVC-NORTHEAST, L.P., a Limited
    Partnership, SVC-HAWAII, L.P., and
23  DOES 1-50, inclusive,
24              Defendants.

Case No.  C 10-03555-SBA

**STIPULATION AND  ORDER OF
DISMISSAL PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(1)**

25

26

27

28

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(a)(1)(B), Plaintiffs

2    Jianming Song, Melissa Hetzel, Jeanette Ramos, Alma Palacios, Benny Pallan, Danish Mendiola,

3    and Jade Smith (collectively, "Plaintiffs"), and Defendants Shell Vacations LLC, Shell Holdings,

4    Inc., SVC-West, L.P., SVC-Northeast, L.P. (now known as SVC-East, L.P.), and SVC-Hawaii,

5    L.P. (collectively, "Defendants"), jointly by and through their respective attorneys, hereby

6    stipulate to the dismissal of this case with prejudice, each party to bear their own attorneys' fees and

7    costs.

8

9    Dated:  January 6, 2011

10   ZELDES & HAEGGQUIST, LLP            SCHIFF HARDIN LLP

11

12   By: /s/ Amber L. Eck                By: /s/ William J. Carroll
13      Amber L. Eck                        William J. Carroll

14   Attorneys for Plaintiffs            Attorneys for Defendants
     JIANMING SONG, MELISSA HETZEL,      SHELL VACATIONS LLC, SHELL HOLDINGS,
15   JEANNETTE RAMOS, ALMA               INC., SVC-WEST, L.P., SVC-NORTHEAST, L.P.,
     PALACIOS, BENNY PALLAN,             and SVC-HAWAII, L.P.
16   DANISH MENDIOLA, and JADE
     SMITH

17

18                    **GENERAL ORDER NO. 45(X) CERTIFICATION**

19

20       I attest that I have obtained the concurrence of William J. Carroll in the filing of this

21   document.

22           /s/ Amber L. Eck
             Amber L. Eck

23

24   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25   This case is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

26

27   Dated: _1/10/11_                     _____
                                          United States District Judge

28